# Exhibit 6

# U.S. Patent No. 10,791,502 ("'502 Patent")

Defendant's Accused Products, including those which comply with 3GPP Standard TS 38.311 V15.15.0, 3GPP Standard TS 38.331 V16.6.0, 3GPP Standard TS 38.212 V.16.7, 3GPP Standard TS 38.213 V.16.7, and 3GPP Standard TS 38.214 V.16.7, infringe at least claim of the '502 patent as set forth below, which Plaintiff provides without the benefit of information about the Accused Products obtained through discovery.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| **Element a**<br>A method of an on-demand system information (SI) request procedure performed by a user equipment (UE), the method comprising: | **TS 38.331 (v16.6.0)**<br>Section 5.2.2.3.5 Request for on demand system information in RRC_CONNECTED<br>The UE shall: |
| **Element b**<br>transmitting a first SI request message to a base station (BS) after determining that the UE is in a connected state, the first SI request message including at least one requested system information block (SIB); | 1> if the UE is in RRC_CONNECTED with an active BWP not configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB, in accordance with sub-clause 5.2.2.2.1, of one or several required SIB(s), in accordance with sub-clause 5.2.2.1 or if requested by upper layers:<br><br>2> for the SI message(s) that, according to the *si-SchedulingInfo* or *posSI-SchedulingInfo* in the stored SIB1, contain at least one required SIB or requested posSIB:<br>   3> if *onDemandSIB-Request* is configured and timer T350 is not running:<br>     4> initiate transmission of the DedicatedSIBRequest message in accordance with 5.2.2.3.6;<br>     4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;<br><br>1> else if the UE is in RRC_CONNECTED with an active BWP configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB, in accordance with sub-clause 5.2.2.2.1, of one or several required SIB(s), in accordance with sub-clause |

| Claim 1 | Accused Products |
|---|---|
|  | 5.2.2.1 or if requested by upper layers:<br><br>2> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *broadcasting*:<br><br>3> acquire the SI message(s) as defined in sub-clause 5.2.2.3.2;<br><br>> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *notBroadcasting*:<br><br>3> if *onDemandSIB-Request* is configured and timer T350 is not running:<br><br>4> initiate transmission of the *DedicatedSIBRequest* message in accordance with 5.2.2.3.6;<br><br>4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*;<br><br>3> acquire the requested SI message(s) corresponding to the requested SIB(s) as defined in sub-clause 5.2.2.3.2.<br><br>**Section 5.2.2.3.6 Actions related to transmission of DedicatedSIBRequest message**<br><br>The UE shall set the contents of *DedicatedSIBRequest* message as follows: 1> if the procedure is triggered to request the required SIB(s):<br><br>2> include *requestedSIB-List* in the *onDemandSIB-RequestList* to indicate the requested SIB(s); |

| Claim 1 | Accused Products |
|---|---|
| | 1> if the procedure is triggered to request the required posSIB(s): <br><br>  2> include *requestedPosSIB-List* in the *onDemandSIB-RequestList* to indicate the requested posSIB(s). <br><br> **Section 6.2.2   Message definitions** <br> –          ***DedicatedSIBRequest*** <br><br> The *DedicatedSIBRequest* message is used to request SIB(s) required by the UE in RRC_CONNECTED as specified in clause 5.2.2.3.5. <br> Signalling radio bearer: SRB1 RLC-SAP: AM <br><br> Logical channel: DCCH <br><br> Direction: UE to Network <br><br> ***DedicatedSIBRequest message*** <br> ``` -- ASN1START -- TAG-DEDICATEDSIBREQUEST-START  DedicatedSIBRequest-r16 ::=                       SEQUENCE   { criticalExtensions   CHOICE {     dedicatedSIBRequest-r16  DedicatedSIBRequest-     r16-IEs, criticalExtensionsFuture   SEQUENCE     {} }   }  DedicatedSIBRequest-r16-IEs ::=     SEQUENCE { onDemandSIB- ``` |

| Claim 1 | Accused Products |
|---|---|
| | ```
    RequestList-r16         SEQUENCE {

      requestedSIB-List-r16           SEQUENCE (SIZE
(1..maxOnDemandSIB-r16)) OF SIB-ReqInfo-r16 OPTIONAL,
      requestedPosSIB-List-r16        SEQUENCE (SIZE
(1..maxOnDemandPosSIB- r16)) OF PosSIB-ReqInfo-r16
                               OPTIONAL
    }                                                    OPTIONAL,
    lateNonCriticalExtension                  OCTET
    STRING                   OPTIONAL,
    nonCriticalExtension SEQUENCE {}     OPTIONAL
}

SIB-ReqInfo-r16 ::=    ENUMERATED { sib12, sib13, sib14,
spare6, spare5, spare4, spare3, spare2, spare1 }

PosSIB-ReqInfo-r16 ::= SEQUENCE {
    gnss-id-r16         GNSS-ID-r16              OPTIONAL,
    sbas-id-r16         SBAS-ID-r16              OPTIONAL,
    posSibType-r16      ENUMERATED { posSibType1-1,
posSibType1-2, posSibType1-3, posSibType1-4,
posSibType1-5, posSibType1-6,
                              posSibType1-7,
posSibType1-8, posSibType2-1, posSibType2-2,
posSibType2-3, posSibType2-4,
                              posSibType2-5,
posSibType2-6, posSibType2-7, posSibType2-8,
posSibType2-9, posSibType2-10,
                              posSibType2-11,
posSibType2-12, posSibType2-13, posSibType2-14,
posSibType2-15,
                              posSibType2-16,
posSibType2-17, posSibType2-18, posSibType2-19,
``` |

| Claim 1 | Accused Products |
|---|---|
| | ```
posSibType2-20,
                                posSibType2-21,
posSibType2-22, posSibType2-23, posSibType3-1,
posSibType6-1,
                                posSibType6-2, posSibType6-
                                3,... }


-- TAG-DEDICATEDSIBREQUEST-STOP
-- ASN1STOP
```

***DedicatedSIBRequest* field descriptions**
*requestedSIB-List*
Contains a list of SIB(s) the UE requests while in RRC_CONNECTED.
*requestedPosSIB-List*
Contains a list of posSIB(s) the UE requests while in RRC_CONNECTED. |
| **Element c**<br>activating a prohibit timer; and transmitting a second SI request message to the BS only when the at least one requested SIB is not received and the prohibit timer expires. | **TS 38.331 (v16.6.0)**<br>**Section 5.2.2.3.5 Request for on demand system information in RRC_CONNECTED**<br><br>The UE shall:<br><br>1> if the UE is in RRC_CONNECTED with an active BWP not configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB, in accordance with sub-clause 5.2.2.2.1, of one or several required SIB(s), in accordance with sub-clause 5.2.2.1 or if requested by upper layers:<br><br>2> for the SI message(s) that, according to the *si-SchedulingInfo* or *posSI-SchedulingInfo* in the stored SIB1, contain at least one required SIB or requested posSIB:<br><br>3> if *onDemandSIB-Request* is configured and timer T350 is not running: |

| Claim 1 | Accused Products |
|---|---|
| | 4> initiate transmission of the DedicatedSIBRequest message in accordance with 5.2.2.3.6; |
| | 4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*; |
| | 1> else if the UE is in RRC_CONNECTED with an active BWP configured with common search space with the field *searchSpaceOtherSystemInformation* and the UE has not stored a valid version of a SIB, in accordance with sub-clause 5.2.2.2.1, of one or several required SIB(s), in accordance with sub-clause 5.2.2.1 or if requested by upper layers: |
| | 2> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *broadcasting*: |
| | 3> acquire the SI message(s) as defined in sub-clause 5.2.2.3.2; |
| | 2> for the SI message(s) that, according to the *si-SchedulingInfo* in the stored SIB1, contain at least one required SIB and for which *si-BroadcastStatus* is set to *notBroadcasting*: |
| | 3> if *onDemandSIB-Request* is configured and timer T350 is not running: |
| |     4> initiate transmission of the *DedicatedSIBRequest* message in accordance with 5.2.2.3.6; |
| |     4> start timer T350 with the timer value set to the *onDemandSIB-RequestProhibitTimer*; |
| | 3> acquire the requested SI message(s) corresponding to the requested SIB(s) as defined in sub-clause 5.2.2.3.2. |