AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| TOGAIL TECHNOLOGIES LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:22-cv-00326-ADA-DTG |
| APPLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TOGAIL TECHNOLOGIES LTD.                                                                .

Date:     09/06/2021

/s/ Brett E. Cooper
*Attorney's signature*

Brett E. Cooper SBN BC6256
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
*Address*

bcooper@b-clg.com
*E-mail address*

(516) 359-9668
*Telephone number*

*FAX number*

Print     Save As...     Reset